IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARISON RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-20-1213-C |
| | ) | |
| PUTNAM CITY SCHOOL DISTRICT, District No. OK-55-I001 | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

On April 9, 2021, the Court issued an Order directing plaintiff to show cause on or before April 30, 2021, why service has not been timely perfected upon the defendant. The Court's Order advised plaintiff that in the absence of a showing, plaintiff's complaint would be dismissed without prejudice. Plaintiff has failed to file a response to the Court's Order.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), plaintiff's complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of June 2021.

ROBIN J. CAUTHRON
United States District Judge